IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICKI FISHER, | ) | CASE NO. 1:17-CV-302 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MAGISTRATE JUDGE KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) ) | **MEMORANDUM OPINION AND ORDER** |

On August 24, 2017, the parties filed a Joint Motion to Remand under Sentence Four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), wherein they request that the Court remand the case for further proceedings and enter judgment. Doc. 16 ("Motion"). The parties stipulate that:

> On remand, the Appeals Council will vacate the findings in the Administrative Law Judge's decision and the Commissioner will conduct further proceedings, re-consider the evidence, and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

Doc. 16.

Upon consideration of the parties' Motion, the Court hereby grants the parties' Motion, remands the case for further proceedings consistent with the parties' Motion, and enters judgment in favor of Plaintiff.

Dated: August 28, 2017

_____
Kathleen B. Burke
United States Magistrate Judge